IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01258–EWN–BNB

JOHN P. LEARY,

    Applicant,

v.

H.A. RIOS, JR., Warden,

    Respondent.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed September 1, 2005. The recommendation is that Applicant's motion for a preliminary injunction (#3) be denied. Applicant has objected to the recommendation.

The standard of review which this court employs in considering a magistrate judge's submissions depends upon whether the motion before the court and magistrate judge is viewed as dispositive or non-dispositive. For dispositive motions, such as a motion for preliminary injunction, a district court assessing a magistrate judge's findings of fact and recommendations for disposition must make a "de novo determination of those portions of the [recommendation] . . . to which objection is made." *See* 28 U.S.C.A. § 636(b)(1) (West 1993); Fed. R. Civ. P. 72(b). "When conducting de novo review, the district court makes its own determinations of disputed

issues and does not decide whether the magistrate's proposed findings are clearly erroneous." *Branch v. Martin*, 886 F.2d 1043, 1046 (8th Cir. 1989).

I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the Applicant has not shown that (1) there is a reasonable probability of his success on the merits, (2) he will suffer any irreparable injury from discontinuance of the intensive confinement program (since the Bureau of Prisons rejected him for participation anyway), or (3) the public interest favors granting an injunction. Since these are critical elements of a motion for a preliminary injunction, Applicant's claim must fail. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The motion for a preliminary injunction (#3) is DENIED.

3. All other pending motions are DENIED as moot.

DATED this 28th day of March, 2006

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge