IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01258–EWN–OES

JOHN P. LEARY,

    Applicant,

v.

H.A. RIOS, JR., Warden,

    Respondent.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Applicant's Motion for Preliminary Injunction" (#27, filed March 28, 2006) and "Applicant's Motion for Ruling" (#28, filed March 28, 2006) are DENIED.

Dated: March 28, 2006