IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01258–EWN–OES

JOHN P. LEARY,

    Applicant,

v.

H.A. RIOS, JR., Warden,

    Respondent.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on Applicant's "Motion to Dismiss" filed August 23, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 30th day of August, 2006.

                    BY THE COURT:

                    s/ Edward W. Nottingham
                    EDWARD W. NOTTINGHAM
                    United States District Judge